# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NOVALK, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 5:24-cv-00917-SP**<br>Assigned to Hon. Sheri Pym<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

Based on plaintiff's request for dismissal without prejudice, and no opposition having been filed,

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: November 12, 2025

_____
Sheri Pym,
United States Magistrate Judge